## ETTER v. DISHMAN et al.
### No. 5116.

Court of Civil Appeals of Texas. Amarillo.
Dec. 2, 1940.

R. D. Oswalt, of Crowell, and J. Shirley Cook, of Vernon, for appellant.

Leslie Thomas, of Crowell, for appellees.

FOLLEY, Justice.

The parties to this appeal have failed to file briefs and no excuse is offered or good cause shown for such failure.

Under the rules prescribed by the Supreme Court and the authorities on the subject we are authorized and obliged to dismiss this appeal. Haynes v. J. M. Radford Grocery Co., Tex.Com.App., 118 Tex. 277, 14 S.W.2d 811.

The appeal is dismissed.